■ In the Matter of PETER W. KENNY, an Attorney. [54 NYS3d 462]—

Per Curiam. Peter W. Kenny was admitted to practice by this Court in 1982 and lists a business address in Shrewsbury, New Jersey with the Office of Court Administration. Kenny now seeks leave to resign from the New York bar for nondisciplinary reasons (*see* Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department advises that it does not oppose Kenny's application.

Upon reading the affidavit of Kenny sworn to November 8, 2016, and upon reading the correspondence in response by the Chief Attorney for the Attorney Grievance Committee for the Third Judicial Department, and having determined that Kenny is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.

Peters, P.J., Egan Jr., Devine, Mulvey and Aarons, JJ., concur. Ordered that Peter W. Kenny's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further ordered that Peter W. Kenny's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (*see generally* Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further ordered that, effective immediately, Peter W. Kenny is commanded to desist and refrain from the practice of law in

any form in the State of New York, either as principal or as agent, clerk or employee of another; and Kenny is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further ordered that Peter W. Kenny shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.